AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

July 07, 2018

David J. Bradley, Clerk of Court

United States of America
v.

John Andrew Sifuentes, YOB: 1997 (USA)

Defendant(s)

Case No.

M-18-1400-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  7/6/2018  in the county of Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Marijuana, approximately 360-520 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. CR. P.4.1, and probable cause found on:

*Complainant's signature*

Danielle Martin, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  7/7/2018

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, US Magistrate Judge
*Printed name and title*

# ATTACHMENT 1

1. On July 6, 2018, at approximately 3:15 p.m., U.S. Border Patrol (USBP) Weslaco agents observed a beige Buick Rendezvous traveling south towards the Rio Grande River near Progreso, TX. USBP agents informed mobile units, who responded to the area. USBP agents observed several subjects emerge from near the Rio Grande River, carrying large bundles, resembling bundles of marijuana. Shortly after, agents observed the same individuals load the bundles into the beige Buick Rendezvous, before the vehicle returned north from the Rio Grande River. USBP agents informed mobile units, who observed the beige Buick Rendezvous travelling westbound. USBP agents activated their emergency lights in attempt to stop the beige Buick Rendezvous. After the beige Buick tried maneuvering around USBP vehicles, agents subsequently surrounded the beige Buick Rendezvous and stopped the vehicle. USBP seized twelve (12) bundles of marijuana from the beige Buick Rendezvous and subsequently apprehended the driver and sole occupant of the vehicle, John Andrew SIFUENTES.
2. At the Weslaco USBP Station, agents processed the marijuana, which weighed approximately 360.520 kilograms (794.810 pounds). Agents also conducted a field test, which tested positive for characteristics of marijuana.
3. DEA Special Agents (SAs) Danielle Martin and Christopher Donahue conducted an interview of SIFUENTES. SA Donahue read SIFUENTES his Miranda Warnings in English. SIFUENTES stated that he understood English and was comfortable communicating in English. SIFUENTES stated that he waived his rights and agreed to be interviewed by agents. SIFUENTES stated that he was to be paid $800 United States Currency to pick up the bundles containing narcotics from the Rio Grande River and deliver them to an unknown location. SIFUENTES stated that he knew the bundles contained narcotics. SIFUENTES stated that an unknown male (UM) directed SIFUENTES where and when to pick up the bundles. SIFUENTES stated that the UM left the Buick Rendezvous at a Stripes gas station near Progreso, TX for SIFUENTES to use to transport the marijuana bundles. SIFUENTES stated that after the UM directed SIFUENTES to pick up the bundles, SIFUENTES drove to a location near the Rio Grande River, where unknown individuals loaded the bundles into the Buick Rendezvous. SIFUENTES stated that he was communicating with the UM via telephone, when SIFUENTES encountered law enforcement. SIFUENTES stated that the UM would have given SIFUENTES directions on where to take the narcotics.